AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count I: Title 21 U.S.C., Section 846 - Conspiracy to distribute 5 grams or more of actual methamphetamine
Count II (TREES ONLY): Title 21 U.S.C., Section 841(a) - distribution of more than 5 grams or more of actual methamphetamine
Counts III and IV: Title 21 U.S.C., Section 843(b) - Use of a Communication Facility

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count I max 40 yrs prison and min 5 yrs prison, $2,000,000 fine, SVR min 3 yrs
Count II max 40 yrs prison and min 5 yrs prison, $2,000,000 fine, SVR min 3 yrs
Counts III and IV same penalties as Counts I and II

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ CATHERINE MIRANDA and JAY TREES

DISTRICT COURT NUMBER

**CR 11 0219 RS**

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ATF Special Agent Robert Tucker

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Asst U.S. Atty Kathryn R. Haun

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: 0

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

E-filing   VENUE: SAN FRANCISCO

FILED 2011 APR -7 P 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 11 0219     /RS

UNITED STATES OF AMERICA,

V.

CATHERINE MIRANDA and JAY TREES,

DEFENDANT(S).

---

## INDICTMENT

VIOLATIONS: Title 21, United States Code, Section 846 – Conspiracy To Distribute A Controlled Substance (methamphetamine) (One Count); Title 21, United States Code, Section 841(a)(1) – Distribution Of A Controlled Substance (methamphetamine) (One Count); 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (Two Counts)

A true bill.

_____
Foreman

Filed in open court this ___7___ day of

_April, 2011_.

_Brenda Tolbert_
Clerk

Bail, $ _NO BAIL ARREST WARRANTS FOR BOTH Ds_

JAMES LARSON
U.S. MAGISTRATE JUDGE

MELINDA HAAG (CABN 132612)
United States Attorney

E-filing

FILED
2011 APR -7 P 3: 12
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0219 RS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CATHERINE MIRANDA, and <br> JAY TREES, <br><br> Defendants. | No. <br><br> VIOLATIONS: Title 21, United States Code, Section 846 – Conspiracy To Distribute A Controlled Substance (methamphetamine) (One Count); Title 21, United States Code, Section 841(a)(1) – Distribution Of A Controlled Substance (methamphetamine) (One Count); 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking (Two Counts) |

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. § 846) (Conspiracy to Distribute 5 Grams or More of Actual Methamphetamine)

In or about early January 2010, in the Northern District of California, the defendants

CATHERINE MIRANDA, and
JAY TREES,

did unlawfully, knowingly and intentionally combine, conspire, confederate and agree with each other to unlawfully, knowingly and intentionally distribute five (5) grams or more

of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

COUNT TWO: (21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)) (Possession With Intent To Distribute 5 Grams or More of Actual Methamphetamine)

On or about January 6, 2010, in the Northern District of California, the defendant

JAY TREES,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: five (5) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii).

COUNT THREE: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking

On or about January 5, 2010, in the Northern District of California, the defendant,

CATHERINE MIRANDA,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony, to wit, violations of Title 21, United States Code, Sections 841(a)(1) and 846, in violation of Title 21, United States Code, Section 843(b).

COUNT FOUR: 21 U.S.C. § 843(b) – Use of a Communications Facility (Telephone) to Commit/Facilitate Narcotics Trafficking

On or about January 6, 2010, in the Northern District of California, the defendant,

JAY TREES,

did knowingly and intentionally use a communications facility, namely a telephone, in committing, and in causing and facilitating the commission of, an act constituting a felony, to

//

//

2

1 | wit, violations of Title 21, United States Code, Sections 841(a)(1) and 846, in violation of Title
2 | 21, United States Code, Section 843(b).

DATED: April 7, 2011

A TRUE BILL,

_____
FOREPERSON

MELINDA HAAG
United States Attorney

_____ for
ROBERT D. REES
Deputy Chief, Organized Crime Strike Force

(Approved as to form: _____)
KATHRYN R. HAUN
Assistant U.S. Attorney

3