E-Filed 6/13/11*

1 | GAIL SHIFMAN
ATTORNEY AT LAW
2 | 44 Montgomery Street
Suite 3850
3 | San Francisco, CA  94104
Telephone:  (415) 551-1500
4 | Facsimile:  (415) 551-1502

5 | Attorney for Defendant
CATHERINE MIRANDA
6 |

7 | IN THE UNITED STATES DISTRICT COURT

8 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 | SAN FRANCISCO DIVISION

10 |

11 | UNITED STATES OF AMERICA,            Case No. CR 11-0219 RS

12 |             Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER CONTINUING STATUS HEARING
13 |     v.                            AND EXCLUDING TIME UNDER THE
                                       SPEEDY TRIAL ACT
14 | CATHERINE MIRANDA,

15 |             Defendant.

16 |

17 |

18 |     Plaintiff, by and through its attorney of record, and

19 | defendant, by and through her attorneys of record, hereby

20 | stipulate and ask the Court to find as follows:

21 |     1.  That the parties are currently scheduled for a status

22 | hearing on June 21, 2011 at 1:30 p.m.

23 |     2.   That the parties believe that this case may be resolved

24 | without the necessity of motions litigation.  Additional time is

25 | 

26 | necessary for the defendant to meet with counsel and to review

27 | the discovery in this case.  The parties will be engaging in

28 |

1   settlement negotiations following the discovery review and are

2   working diligently to resolve this matter.

3       3.   That the parties request that the Court vacate the June

4   21, 2011 status hearing date and continue the status hearing to

5   July 19, 2011 at 1:30 p.m.

6

7       4.   That the parties agree that the failure to grant such a

8   continuance would unreasonably deny counsel the reasonable time

9   necessary for effective preparation, taking into account the

10  exercise of due diligence and that June 21, 2011 through July 19,

11  2011 should be excluded in accordance with the provisions of the

12  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that

13  the ends of justice are served by taking such action which

14

15  outweigh the best interest of the public and the defendant in a

16  speedy trial and also under subsection (B)(iv) for effective

17  preparation of counsel, taking into account the exercise of due

18  diligence.

19

20  Dated: June 13, 2011            _____/s/_____
                                     Kathryn R. Haun
21                                   Assistant United States Attorney

22

23  Dated: June 13, 2011            _____/s/_____
                                     Gail Shifman
24                                   Attorney for Defendant

25

26

27

28

STIPULATION & [~~PROPOSED~~] ORDER CONTINUING HEARING                    2

1

**[PROPOSED] ORDER**

2

3          This matter having come before the Court upon the

4    Stipulation of the parties and GOOD CAUSE APPEARING, IT IS HEREBY

5    ORDERED,

6          That the June 21, 2011 status hearing date shall be vacated

7    and continued until July 19, 2011;

8          And, that the time from June 21, 2011 through July 19, 2011

9    shall be excluded in accordance with the provisions of the Speedy

10   Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), to provide

11   defendant time with counsel to review discovery and evidence and

12   for effective preparation. The Court finds that (A) failure to

13   grant the continuance would unreasonably deny defendants the

14   reasonable time necessary for effective preparation, taking into

15   account the exercise of due diligence; and (B) the ends of

16   justice served by the continuance outweigh the best interests of

17   the public and the defendants in a speedy trial. *See* 18 U.S.C. §

18   3161(h)(1)(7)(A) & (B)(iv).

19

20         **IT IS SO ORDERED.**

21   Dated: June __13__, 2011          _____

22                                     HONORABLE RICHARD SEEBORG
23                                     United States District Judge

24

25

26

27

28